IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:   GRAND JURY PROCEEDINGS:   )   02: 06mc0015
         CLARON LEVI HANNER         )   UNDER SEAL

## ORDER OF COURT

Before the Court for disposition is the MOTION TO QUASH GRAND JURY SUBPOENA (Sealed Document No. 1), and the RESPONSE TO PETITIONER'S MOTION TO QUASH filed by the government.

It appearing to the Court that there is a legitimate basis for the grand jury subpoena issued to Claron Levi Hanner to provide handwriting exemplars, major case prints, and photographs; that said subpoena does not appear to be oppressive in nature; and that the government has represented that "it has no intention of providing the handwriting exemplars, fingerprints or photographs to state authorities to further their case;" it is, therefore

**ORDERED** this 17th day of January, 2006 that the Motion to Quash Grand Jury Subpoena is **DENIED.**

BY THE COURT:

s/ Terrence F. McVerry
United States District Court

cc:   Tina O. Miller,
      Assistant U.S. Attorney
      Email: tina.o.miller@usdoj.gov

      Caroline M. Roberto, Esquire
      Email: croberto@choiceonemail.com